IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

QUENTON T. SANDERS, JR.,

      Appellant,

v.                                                        Case No.  5D21-3101
                                                          LT Case Nos. 2021-CF-39388
                                                                        2021-CF-32920-A-X
                                                                        2021-CF-10754-A-X

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed June 7, 2022

Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Matthew J. Metz, Public Defender, and
Edward Weiss, Assistant Public Defender,
Daytona Beach, for Appellant.

Quenton T. Sanders, Jr., Orlando, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Rebecca Rock McGuigan, Assistant
Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, COHEN and WALLIS, JJ., concur.